IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF
NORTH CAROLINA
3:12cv588

David Roland Conley,

        Plaintiff,

V.

Joseph B. Hall,

        Defendant.

ORDER

    Plaintiff Conley filed a 28 U.S.C. §2254, Petition for Writ of Habeas Corpus in our court.

    In reviewing Plaintiff's complaint, it appears the incident giving rise to this action occurred in the Middle District of North Carolina, where the defendant is located and where plaintiff is presently incarcerated.

    Therefore, pursuant to the provisions of Section 2241(d) of Title 28 of the United States Code, IT IS HEREBY ORDERED that the entire record of this proceeding be and the same is hereby transferred to the United States District Court for the Middle District of North Carolina.

    So Ordered THIS 20th day of September, 2012.

Signed: September 20, 2012

Frank G. Johns, Clerk
United States District Court